IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK STIMUS,
    Plaintiff,

vs.                               Case No. 5:10cv63/RS/MD

DEPARTMENT OF CORRECTIONS,
et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on March 23, 2010 by filing a myriad of notices and motions (docs. 1-4). On March 26, 2010, plaintiff was given twenty-eight (28) days to file an amended complaint or complaints and a motion to proceed *in forma pauperis* (doc. 6). Plaintiff responded by filing three more "notices" (docs. 7-9) as well as a letter addressed to the clerk of court, which was found to be deficient and ordered to be returned without filing (doc. 12). Since that time, there has been no further response from plaintiff and on May 11, 2010, this court entered a show cause order (doc. 13) directing the plaintiff to show cause, within fourteen (14) days, why his case should not be dismissed for his failure to comply with an order of the court. This May 11, 2010 order was returned as undeliverable marked "Return to Sender - Inmate Released." Plaintiff has not filed a notice of change of address or complied with the initial order.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

**DONE AND ORDERED this 14th day of June, 2010.**

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. §  636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**